E-FILED
Wednesday, 17 December, 2014 10:24:26 AM
Clerk, U.S. District Court, ILCD

Exhibit
only

UNITED STATES DISTRICT COURT

FOR CENTRAL DISTRICT ILLINOIS

PEORIA DISTRICT

CHARLES DONELSON
Plaintiff

13 - 1494

vs

Jury Trial Demanded

Randy Pfister

Annabelle Motteler

Susan Prentice

Patrick McGinnis

Adam Deal

Andrew Tilden

L. Todd

Nurse Tracy

John Doe

1-10

Defendants
Individual
one official capacity

SECOND AMENDED

COMPLAINT

Plaintiff pro se Charles Donelson states

As follows for His Second Amended Complaint

THE PARTIES

1. DONELSON is Currently (and at all relevant time

— 1 —

incarcerated at Pontiac Correctional Center in Pontiac Illinois

2 At all relevant times Randy Pfister Warden Pontiac

3 At all relevant time Annabelk Mutteler Assistant warden pontiac

4 At all relevant time Susan Prentice Lieutenant Pontiac

5 Patrick McGinnis at all relevant times Lieutenant Pontiac

6 At All relevant time Adam Deal Correctional officer Pontiac

7 At All relevant times Andrew Tilden Doctor Pontiac

8 At all relevant times L Todd medical doctor Pontiac

9 At all relevant time Nurse Tracy nurse at Pontiac

10 John Does employees

11 Pursuant to this Court's orders both in 2013 and merit review I am now amending now at Leave ( then several Divertts precluded me from Amending then ) I bring this 42 U.S.C § 1983 Civil Rights Complaint about Conditions of Confinement that result in

—2—

extra punishment and exposure to hazardous condition.

12 The persons listed in paragraph 2 through 11 are collectively referred to as defendants as state and wexford (a hearing was over at 11-25-13 I went to cook cuony)

13 Defendants were responsible for the supervision, custody welfare and safety and sanitation of Donelson while he was incarcerated at Pontiac Defendants are sued in their official and individual capacity

14 At all relevant times to this amended complaint the defendants were acting under color of state law.

15 Supplemental Jurisdiction of State law is sought

Jurisdiction and Venue

16 Jurisdiction is conferred on this court under 28 u.s.c § 1331 and 28 u.s.c § 1343 because the matters in controversy arose under the Constitution and Laws of the United States

17 Venue is proper in this court under 28 u.s.c § 1391 (b) because a substantial part of the event that gives rise to Donelson's Claims took place within Central Illi

— 3 —

18 This Court has authority under 28 USC § 2201 to provide declaratory relief as to matters properly within its Jurisdiction and has authority under 42 USC § 1983 to award appropriate actual Consequential Compensatory Punitive damages and Authority under 42 USC § 1988 to award Attorney fees Cost to Successful Civil right Plaintiff

Inhumane condition
Back Ground

19 On or around October 9 2013 a Unknown Officer escorted Donelson to WEST cell house where Defendant Prentice stood at the entry Stairring at Donelson very Intensively then order that I be put in Cell 622 Upon information and belief Prentice is the mother of C/o Henderson Whom I grieved in 2011-2012

20 Donelson transferred In from menard to Pontiac as a reported Court writ temporary guess

21 Prior to this menard had Called me down to Pack out a Writ bag, Procedure. on or on Oct 8 2013

22 Donelson was told only 1 Item Each Excluding my own wear Clothing was allowed, Legal document, and hy.glene. My File was in a Folder Big size.

— 4 —

23. However, the items in paragraph 22 did not come to Pontiac at that time, Pontiac sent it to stateville leaving me with only the t-shirt boxers, soaks I had on. Pontiac then said stateville sent it back to menard, back to stateville then to Pontiac when Pontiac mixed my proputy with another inmate and took my key discovery documents

24. Donelson was told that he was a guess and would not be seen by a counselor then escurted to the west cell house by a unknown officer. Whom knew about the cell before I was put inside 622

25. Upon reaching cell 622 immediately I notice the cell door open to the perforated door, the mattress back towards the wall balled up. the count light dim I entered. I smelt a odur that was foul like pepper spray and urine, I questioned the John Doe C/O because I did not see a shake down slip I sneezed as he was taking of the hand cuffs The officer said nothing He walked off. Prentice knew about the condition before I was put in that cell

26. As I looked around the cell I saw that it was dried up fecal matter all on the walls, mattress and door I also smelt pepper spray and saw residual of dried pepper spray. As I realize the mattress was badly damage, cluth, had urine

— 5 —

on it. It was reasonably foreseeable that the
condition of that cell was a hazard and not
clean and a risk is obvious. But despite that
Prentice said put him in cell 622, John Doe
did just that both knowing about the condition
of that cell before I was put in.

27. The Pontiac orientation ~~state~~ manuel state
that doors such as the perforate and other
doors are reserved for behavior or burst and
problem inmates. I do not know why I was
housed there. I was not a problem.

        Inhumane condition and over crowding

28  I was not issued any hygiene products just
a sheet and blanket. I was placed in a cell
of unsanitary condition willfully and deliberately
I had nothing to clean that cell with.

29  A c/o on the next shift was asked by me to be moved
to which he replied I can not do that.

30  Do to that cell and the excessive noise I
could not sleep for the time period I was
in that cell. Approxiately 3 to 4 days

31  Several days later I was moved from that cell
        — 6 —

down to 613 behind the bars. The entire gallery had fecal matter and Dried Pepper Spray Everywhere on the walls, window held a bag of fecal matter hanging. I enter cell 613 and there was residual of pepper spray and dried fecal matter holding on the wall and bars. again I did not have hygiene items. Brething was hard in those conditions

32. The mentally ill inmates yelling kicking the doors, and throwing fecal matter is the norm of Pontiac and condone by staff. I ask the unknown officer why is these cells and house Like this he said I don't normally work over here

33. Staff walk around with gloves on The place don't get clean

33.

34 Lieutenant Prentice was coming up the gallery during a cell compliane check with C/O Newhal. Prentice was asked about my property, the living conditions of my cell and cell house. the living environment which is hazarous hygiene bag why arent these things clean Prentice said "I don't work property You'll get it when they send it, Blame Your fellow inmates for living like my cage animal i do not give a

—7—

shit I am gone soon as a major to Sheridan. You a
not on my list to give supplies to. You are a writ.
I said I got court I need my stuff. C/O newhal was
down the gallery. So prentice walked off to Jan

35. I was returned back from court with 33 days continues.
never getting property or hygiene. This is when my
issue had progress

                    DEliberate Indifference to serious medical need
36. Meanwhile I had drop the medical tech name Jackie
about my medication from menard. She said Pontiac
carry only protonic. Shortly after I started with these
rashes on my body I told Jackie and shown her.
Jackie said ouh that is eszema and ordered
me hydrocordizone cream. My situation got worse

37. John Doe the engerneer had the heat on excessively
hot. hives started forming on my body

38. I stop Jackie again because first shift told
me I have to go to the med tech first

39. Jackie said "You're having a allergic reation
I am going to have you see the doctor tommurow
on Sunday 10/29/13. I did not see the doctor untill

-8-

November to 2013. My situation was getting worser
Itching, my throat was swolling. No body would
get me to the health care During these times
Motteler done tours saw my condition so did
Terry Aryo Motteler was checking medication
bubbk or blister packs for some reason but she
did not get me to the health care She saw me
and the meds I was issued, Motteler said talk to
Your counselor Jackle knew of and ignored the serious
ness of my issue risk to my health

40  I told motteler about the cell condition, hygiene
writting supplie. Clothing, cleaning the cell house. Motteler
said your not indigent which is indicative of being
issued items so buy it. My money was at menard
Motteler did nothing on any issue she saw.

41.  I beg several officers for my property, hygiene
to clean my self and the cell but Pontiac adhere
to their policy at all times Motteler knew of my issues
and done nothing. She tour the cellhouse like Pfister. I beg
for medical treatment from offian

42  Pfister wrote me back, I was finally able to get
a ink pen I wrote all administrator also.

43  Pfister said speak to Lieutenant Prentice on
Clothing and hygiene — He did not reply on medical

-9-

Serious issue and living Condition. You got to be Dead
or dying on that floor for me to Call somebody

47  The medication gave was not working but made
things worse I really dont know what Cause it

48   The itching the heat, the burning and the meds I
was taken was not working on november 8 2013
my whole face and Eyes Shut down Swelled up
I Could not see I say this unknown Officer
who was Counting I said I need help He went
and got Chrissy. my neck was Swelling sticking
Out, hard, burning I was Immediately took to
H.C.U. Doctor Tilden, OJElade, Macy
Several others were around I look like a
monster Dying I was admitted in the H.C.U.
after the health Care Administrator Insist on
it. my neck was Hot Tilden Said he's got a
a Siliva gland infection. Tilden order Benidrill
bactrum, Pedazune, Celli'con ordered blood
test. Tilden was told that I also have a reallergic
reaction to something.

49   I was given the bactrum, benidril, a hot towel and

~ 10 ~

antibodies and put in a cell in the infirmary. This area was more hotter than the cell house my itching got worse my throat got sore and I was burning.

50  Todd, Tilden, knew my medical history

51  By taking all those medicine my symptom got worse. The swelling in my neck went down a little but the etching got worse, my throat was sore and I was burning inside and out

52  So The next day L.T McGinnis came to my cell saying youre going back to W.C.H. 613. I was getting meds 4 times a day. The move was stop

53.  DR Tilden did not tell me why I was itching and burning. He kept trying to kick me out of the H.C.U. he said he needed room nor did he tell me I was allergic to bactrim. He could not tell me what started this before he saw me

54  DR Tilden discharged me back to cell 613 L.T McGinnis had me schedule to go to W613

55  Lieutenant McGinnis did not have the cell

12

Clean, check nothing before putting me back in.

56 Although I was given benidril. Prednisone Cellicone the other antiboudy was bactrim. brought to me 1 more time then stop after 10 dose was giving to me knowing I was allergic to it Tilden did not tell me. The Nurse knew.

57 While back in cell 613 my ears were burnt and face lost feeling and was completely dried out and my body was itching. It was said that it may be bed bugs change his sheet and mattress They did not change the mattress LT McGinnis did not change nothing. a unknown officer did change my sheets. The cell was not clean.

58 My face started burning as if I was sprayed with pepper spray in my face I was on fire. I could not sleep I told the officer hey my face is on fire help it is burning. There was no moisture in my skin. I tried putting water on, that made me burn worse I was yelling.

— 13 —

59    The hives got worse and the burning was extreme my skin was crispy E'd been fried I was Cookin;

60    A unknown officer got me back over to the Health care DR Tilden Said give him more benidril Plus a shot one of the Nurse then Said he's allergic to bactrim and you order him to stay on it one said he kept being given it he should have not been release from the health Care

61    I was Shock I looked at Tilden he looked back like the Secret was out I said Youve been giving me medication that you know I am allergic to and keep giving it to me knowing that I am allergic to it Tilden Should have been aware of that serious risk that was obvious he ~~know~~ knew of and ignored a serious risk to my health he kicked me out the Infirmary

62    Tilden order a Shot and sent me back to the Cell the shot wore off the fire came back I was burning and Itching Somebody kept telling Tilden I need to be in the infirmory

-14-

63    A nurse came to given me my medication she said
      You don't look well I start telling her what
      was going on she said abruptedly "oh You're the
      One" You're not a IDOC inmate.

64.   The burning kept going on so the next day I
      was took back when I told a officer. The
      Skin on my face was hanging As though I had
      on a mask. my Eyes were itching and burning
      Like the rest of my body. I did not look the
      same. A Picture was taken I was taken to
      the H cu because I had Court

65    I told Dr Tilden that I am going to be in Box
      and chain itching I can Dr Tilden, take that
      Please I beg do something this will kill me.
      on that ride. My side right side Started to hurt
      Tilden ordered another Blood test gave me the
      shot and ordered 11) for Court then sent back to
      my cell. Again the burning came back when the
      meds wore off and itching I kept asking Officers
      to Get me to the health care because Doctor Tilden
      Would not Call me. over. I went back the
      next day again on nov 18 I was never told
      the results but got an order for the 19th.

66   But was given the shot on the 18. The hives
     look as though my skin was frying from oil
     my body and private parts still itch and burn
     until this day. a wave of itch. runs across
     my face and then burns the nerves is damage
     in my face.

67   I was remanded to Cook County under those
     condition. I was schedule to see the specialist
     and quartine doctor.

68   Had i not went back (with the help of that officer)
     I would would be in bad shape. and would have
     never knew I was still being given a medicine
     that Doctors knew I was allergic to. And would
     not tell me yet kicked me out the H.C.U.

69   My neck is still swollen, sore throat and
     allergic to Ibprofone and Tylenol I am not
     given any thing for pain. But was not help
     but made worser

70.  Rfister tours the cell house once a week
     and see the condition as they are in my
     cell and cellhouse so do morteler but dont

     — 16 —

Change it. I spoke to him and others about the living condition

71 I was not able to Get laundry done Because Of the writ title. Property took and gave parts to inmates and took the rest. Legal File that Can not be replace

72 Donelson does not under stand Why he was being held in I Doc when the court had been informed them I Was not there inmate. The State there - Over Crowding and Constant deniel of Shalter Safety

73 I Could not Communicate with the Court because the John Doe Educational administrator refuse to provide me with Legal writing matters I had to Sell my Foud to Get ink Pens one a write out I Could not get Clothing or hy gien to bath or Keep Clean

74 I was not giving real treatment

75 This matter Upon information and

— 17 —

belief that no one was discipline except me by being held in disciplinary segregation and in ╪ΞOC by Ms Karin Swanson Assistant State) Attorney Cook County

76    At no time have the areas been decontaminated

77    Donelson filed grievance and filed prior to leaving Pontiac and IDOC lost All property and said All grievance were moot

78    Being placed in filthy and feces-smeared and pepper spray, mattress feces urined cell Formerly housed a possible Psychiatric patient at one time is wrong. No Cleaning Supplies were available was Inhumane.

79    The unit provided extreme heat with no Air to cool it being a steem system there was no control to lower the temporter I believe. The claim the water said no opening the window. It was a inadequate condition

80    Due to overcrawding Prison officials can not adequate clean cell with non cut Bleach knowing Cells with feces, trash Old dirty perforated door with caked

- 18 -

up spit, feces, food held by misbehaved inmates for the doors were perscre for and not ensuring the living unit is clean But the unit and cell still are unsanitary There is no place to house me except in the area Exposed to mentally ill inmates behaviors are intolerable and lead to incident. that got me seriously sick a unreasonable risk

81 Even today Due to overflow I am housed in pontiac no room they can't clean due to a lack of room and money and medical care increase lost in the system

82 It was filthy in the cell and I could not wash my body because they would not giving me soap, toothpaste, towel to wash up or clean the cell. The barber clipper are not sterlre clean disinfected. There is no money to clean them pontiac said either you get your hair cut or dont.

83 I am left to die being by my self when i get sick no one there but me to get help. there is no emergency button in pontiac cells or menard

— 79 —

84  I was being denied writing materials due
to being a write. I Could not contact the
Court I had to sell my food to get those
things. I was being denied writing material
because of pontiac policy not providing that
to guess inmate just like the Clothing
hygiene due to my status as a writ writ
I could not buy those things. I ask mr
Costello a Attorney to send me envelopes
he did but I Doc took them.

85.  Donelson realleges 1-through 84 and
incorporate by reference paragraph as
if fully set forth

86  Under the Eighth Amendment to the United States
Constitution prison officials have a duty to
Provide protection from harm resulting from prison
condition, that deprived one of the minimal civilized
measure of life necessities and not subject
one to Creul and unusual punishment

and failed to promptly arrange for a doctor to evaluate and treat Donelson. Nor clean that cell or areas prior to housing Donelson in those cells or unit. This is grossly disproportionate to Severty crime

91    Donelson has a fourth Amendment Claim which has a objectively unreasonable standard in the United States Constitution. Being a pretrial detainee Defendants conduct was foreseeable and risk was obvious by housing me in Inhumane condition and not getting me to medical for attention. Their conduct also violate the ~~Fourth~~ Fourteenth Amendment

92    Donelson has been physically and emotionally injured by the Defendants Conduct

93    Donelson reallege and incorporate by reference paragraph 1 through 92 as if fully set forth

94    The Eighth Amendment to the United States Constitution imposes on Prison officials duty to not be Deliberate indifferent to a inmate serious medical need and poses an unreasonable risk of serious damage to Donelson and future health

— 22 —

95. Deliberate Indifference to a prisoner serious medical needs constitute unnecessary and wanton Infliction of Pain Proscribed by the Eight Amendment

96 Donelson suffered seriously and injured as a result of L. Todd A. Deal, A. Motteler A. Tilden, Med tech Jackie (Jacqualine) and nurse Tracy, Pfister. ~~He suffer~~ Prentice, He suffered hives, swollen of his face Eyes, neck, Durning inside and out Ears, Covered with skin frying. Giving medicine that they know I am allergic to Still giving it to me knowing this to harm or cause death to Donelson willfully Defendants failed to act as a result of the incidents. No body to this day have direct; Examine me.

97 Donelson has been Physically and emotionally Injured by the Defendant denial of treatment and Deliberate Indifference

98 Due to Overcrowding I was housed in I DOC without due process in disciplinary

-23-

Segregation Cells perserve for misbehavior
Inmates.

99   Policy Change. is needed

100   Donulson realkge and incorporate by reference
1 tho through 99 a's i f fully set forth

101   The First Amendment to the Constitution
Of the United States proscribe prison officer
to not block inmates Access to the court

102   Blocking a inmate Access to the court by not
Supplying him with writting materials due to
his status a courit violates the Constitution

103   All defendants conduct has been
described. Name I dont know or those
that is need was may lead to Adding
there name to suit the claim.

104   Deliberate Indifferenc. Inhuman Condition
Overcrowded Causing lack of research Caus
Staff not to issue what is required

- 24 -

RELIEF

Punitive Damage
Compensatory Damage
Policy Change
Release order
Attorney fees
Cost

And any other relief Deen
Necessary and Just

Plaintiff Demand a Jury trial

Charles Donelson
CHarles Donelson
R02279
P.O Box 99
700 w Lincoln
Pontiac a 61764

9-25-2014

In order to mail a letter,
a P-96 is needed, and

E719



ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Request**

Offender Name: DONELSON     ID #: R02279    Living Unit: ECh 219

Job Assignment: _____    Shift: _____

Please refer to the directory located in your orientation manual and address proper personnel.

To: Donna Jones Counselon

I request ☐ interview ☐ cell assignment ☐ visit ☐ Trust Fund ☐ purchase ☒ other (specify) _____

for the purpose of (explain): When you went on Vacation in NOV 2013

I had Several grievances submitted never got back property food

condition medical please advised

CC    Charles Donelson      5-25-14

       Offender's Signature             Date

**DO NOT WRITE BELOW THIS LINE**

Remarks by staff (if necessary) : _____   Remarks by supervisor (if necessary) : _____

You discharged. These grievance are not.

_____        _____

Print Staff Name                   Print Supervisor Name

_____    _____    _____    _____

Staff Signature        Date       Supervisor Signature       Date

Distribution: Affected Unit            *Printed on Recycled Paper*        DOC 0286 (Rev. 4/2010)