# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
FEB 0 9 2015
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Charles Donelson )
Plaintiff )
)
vs. ) Case Number: 13-CV-1494
)
Randy Pfister, *Warden, Pontiac Correctional Center* )
S.A. Godinez, *Director, Illinois Department of Corrections* )
Richard Harrington, *Warden, Menard Correctional Center* )
Tom Dart, Sheriff, *Cook County* )
Susan Prentice )
Henry, Lieutenant )
Patrick McGinnis, *Lieutenant* )
Adam Deal, *Correctional Officer* )
Chief Engineer Kennedy )
John Doe, 3-10 )
Andrew Tilden, *Doctor* )
Jane Doe )
Annabelle Motteler, *Assistant Warden* )
Jackie Lane )
L Todd, *Doctor* )
Nurse Tracy )
Karin Swanson )

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on 09/11/2014 Defendant's S.A. Godinez, Richard Harrington and Tom Dart were terminated due to the filing of the Plaintiff's Amended Complaint. **IT IS FURTHER ORDERED AND ADJUDGED** that on 12/16/2014 John Doe, 3 was terminated due to the Clerk being directed to replace one of the Doe designations in the caption with the name Karin Swanson. **IT IS FURTHER ORDERED AND ADJUDGED** that on 02/09/2015 Defendants, Adam Deal, Joy Henry, Patrick McGinnis, Annabelle Motteler, Randy Pfister and Susan Prentice's Motion to Dismiss is GRANTED, dismissing this case in its entirety [ECF 114]. The Clerk of the Court is directed to enter judgment in favor of all Defendants and against Plaintiff. This case is terminated, with the parties to bear their own costs.

Dated: 2/9/15

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court